United States District Court
For The Eastern District of Missouri

Pg 1 of 2

11-2-21

United States of America )
    Plaintiff             )
                          )
         VS.               )
                          )
Jeremiah C. Couch      )
    Defendent          )

Motion for Defendants Request For New Appointment Of Counsle.

The defendant Jeremiah C. Couch hereby respectfully request that this honorable court move to relieve current counsle C.J. Banks from the assigned to duties of legal counsle in the cases he was assigned to on the defendant behalf.

Defendant claims ineffectiveness by counsle for the reasons appearing below:

1. Due to failure to consult with the defendant concerning his discovery.

2. The current counsle failed to properly & effectively

NOV/02/2021/TUE 03:02 PM    Pulaski Co Medical         FAX No. 6188453538                  P. 002/002
Case: 4:20-cr-00743-SEP-JMB   Doc. #: 54   Filed: 11/04/21   Page: 2 of 2 PageID #: 127

pg 2 of 2

represent this defendant in the legal cases, legal research and preparation for an efficient defense for a pending trial.

3) Failure to make the defendant aware of any court apperances or status hearings.

The defendant is fully understanding that granting this request by court decision will result in a sufficient set back in the resolve of the cases.

The defendant respectfully request that this Honorable Court rule on this motion in favor of Justice.

Respectfully Submitted,
Jeremiah C. Couch
11-2-21

11/2/21

MISTY D ADKINS
Official Seal
Notary Public - State of Illinois
My Commission Expires May 14, 2022

Misty Adkins